**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 473 EAL 2015
                                                :

                 Respondent             :

                                                  :  Petition for Allowance of Appeal from
                                                  :  the Order of the Superior Court

                    v.                            :

                                                  :

CLIFTON PARKER,  :

                                                  :

                 Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.